1

**WO**         IN THE UNITED STATES DISTRICT COURT

2

FOR THE DISTRICT OF ARIZONA

3

4      United States of America,                )
                                                )
5                          Plaintiff,           )        08-3003M
                                                )
6                   v.                          )
                                                )
7      Kurt William Havelock,                   )        ORDER OF DETENTION
                                                )
8                          Defendant.           )
       _____)

9

10          In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing

has been held.

11          The Court incorporates and adopts by reference the assessment of

12     nonappearance/danger findings of the Pretrial Services Agency which were reviewed

13     by the Court at the time of the hearing in this matter.

14          Defendant does not dispute the information contained in the Pretrial Services

15     Report

16          The Court concludes, by clear and convincing evidence, that defendant is a

17     danger and requires  detention pending trial.

18          The Court also concludes, that no condition or combination of conditions will

19     reasonably assure the safety of others and the community.

20          IT IS THEREFORE ORDERED that defendant be detained pending further

21     proceedings. 18 U.S.C. §3143; Rules  32.1(a)(1) and 46(c), Federal Rules of Criminal

22     Procedure.

23          DATED this 5th day of February, 2008.

24

25

26

27

28

Edward C. Voss
United States Magistrate Judge