FILED ☒    LODGED ☐
RECEIVED ☐    COPY ☐

APR 0 1 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br>v.<br><br>Kurt William Havelock,<br><br>      Defendant. | CR 08-0116-PHX-ROS<br><br>**SUPERSEDING INDICTMENT**<br><br>VIO:  18 U.S.C. § 876(c)<br>(Mailing Threatening Communications)<br>Counts 1 - 6<br><br>18 U.S.C. § 924(b)<br>(Receipt of Firearm With Intent To Commit a Felony)<br>Count 7<br><br>18 U.S.C. § 924(b)<br>(Receipt of Ammunition With Intent to Commit a Felony)<br>Count 8 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about February 3, 2008, in the District of Arizona, defendant KURT WILLIAM HAVELOCK knowingly deposited in the United States mail, with intent to threaten, a communication, addressed to the New Times, containing a threat to injure the person of another, specifically children and persons in the vicinity of the Super Bowl XLII event in Arizona.

In violation of Title 18, United States Code, Section 876(c).

## COUNT 2

On or about February 3, 2008, in the District of Arizona, defendant KURT WILLIAM HAVELOCK knowingly deposited in the United States mail, with intent to threaten, a communication, addressed to the Los Angeles Times, containing a threat to injure the person of another, specifically children and persons in the vicinity of the Super Bowl XLII event in Arizona.

In violation of Title 18, United States Code, Section 876(c).

## COUNT 3

On or about February 3, 2008, in the District of Arizona, defendant KURT WILLIAM HAVELOCK knowingly deposited in the United States mail, with intent to threaten, a communication, addressed to the New York Times, containing a threat to injure the person of another, specifically children and persons in the vicinity of the Super Bowl XLII event in Arizona.

In violation of Title 18, United States Code, Section 876(c).

## COUNT 4

On or about February 3, 2008, in the District of Arizona, defendant KURT WILLIAM HAVELOCK knowingly deposited in the United States mail, with intent to threaten, a communication, addressed to "THESHIZZ.ORG" containing a threat to injure the person of another, specifically children and persons in the vicinity of the Super Bowl XLII event in Arizona.

In violation of Title 18, United States Code, Section 876(c).

## COUNT 5

On or about February 3, 2008, in the District of Arizona, defendant KURT WILLIAM HAVELOCK knowingly deposited in the United States mail, with intent to threaten, a communication, addressed to the Associated Press, containing a threat to injure the person of

//

//

1 another, specifically children and persons in the vicinity of the Super Bowl XLII event in
2 Arizona.

3 In violation of Title 18, United States Code, Section 876(c).

## COUNT 6

On or about February 3, 2008, in the District of Arizona, defendant KURT WILLIAM HAVELOCK knowingly deposited in the United States mail, with intent to threaten, a communication, addressed to "AZPUNK.COM" containing a threat to injure the person of another, specifically children and persons in the vicinity of the Super Bowl XLII event in Arizona.

In violation of Title 18, United States Code, Section 876(c).

## COUNT 7

On or about January 29, 2008, in the District of Arizona, defendant KURT WILLIAM HAVELOCK, with intent to commit an offense punishable by imprisonment for a term exceeding one year, that is, Murder in the First Degree under A.R.S. §13-1105, and Aggravated Assault under A.R.S. § 13-1204, received a firearm, a Bushmaster rifle, serial number BFI 541394, in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 924(b).

## COUNT 8

On or about January 29, 2008, in the District of Arizona, defendant KURT WILLIAM HAVELOCK, with intent to commit an offense punishable by imprisonment for a term exceeding one year, that is, Murder in the First Degree under A.R.S. § 13-1105, and Aggravated

//
//
//
//
//
//

Assault under A.R.S. § 13-1204, received ammunition, Magtech .223 caliber, in interstate and foreign commerce.

    In violation of Title 18, United States Code, Section 924(b).

                A TRUE BILL

                s/
                FOREPERSON OF THE GRAND JURY
                Date: April 1, 2008

DIANE H. HUMETEWA
United States Attorney
District of Arizona

s/
MICHAEL T. MORRISSEY
Assistant U.S. Attorney

4